APPLICANT  ROBERT LEE WALLACE  APPLICATION NO. 77,904-02

## APPLICATION FOR 11.07 WRIT OF HABEAS CORPUS

### ACTION TAKEN

REMAND FOR EVIDENTIARY HEARING.

_____  1/29/14
JUDGE                                      DATE